| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Linn, Richard | 2. Court or Organization U.S. Court of Appeals, Fed Cir | 3. Date of Report 04/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. Court of Appeals 717 Madison Place, N.W. Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. Past-President | The Giles S. Rich American Inn of Court |
| 3. Member | The Richard Linn American Inn of Court |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -6 P 12: 02 FINANCIAL DISCLOSURE OFFICE

Linn_Richard

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. USC Gould School of Law Intellectual Property Institute | March 15-19, 2008 | Los Angeles, CA | Educational Seminar | Transportation, Meals, and Hotel |
| 2. New York Intellectual Property Law Association | March 27-30, 2008 | New York, NY | Annual Judges Dinner | Transportation, Meals, and Hotel |
| 3. The Federal Circuit Bar Association | June 25-29, 2008 | Monterey, CA | Bench and Bar Conference | Transportation, Meals, and Hotel |
| 4. The Richard Linn American Inn of Court | July 18-21, 2008 | Chicago, IL | Inn of Court Dinner | Transportation, Meals, and Hotel |
| 5. New Jersey Intellectual Property Law Association | October 14-15, 2008 | Newark, NJ | NJIPLA/Seton Hall Speech | Transportation, Meals, and Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2009 |

| | | | | |
|---|---|---|---|---|
| 6. The San Fransisco Bay Area IP American Inn of Court | November 6, 2008 | Palo Alto, CA | Inn of Court Meeting | Transportation, Meals, and Hotel |
| 7. The Los Angeles IP American Inn of Court | November 10-11, 2008 | Los Angeles, CA | Inn of Court Meeting | Transportation, Meals, and Hotel |
| 8. The Richard Linn American Inn of Court | November 13-16, 2008 | Chicago, IL | Inn of Court Meeting | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Meridian International | Tickets to the Meridian Ball | $420.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cash Equivalent Account # 3 | A | Interest | J | T | | | | | |
| 2. Brokerage Account # 7 | | | | | | | | | |
| 3. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 4. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 5. - AmericanFunds: Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 6. Brokerage Account # 9 | | | | | | | | | |
| 7. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 8. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 9. - Americn Funds: Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 10. - AmericanFunds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 11. Brokerage Account # 10 | | | | | | | | | |
| 12. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 13. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 14. - American Funds:Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 15. - American Funds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 16. Brokerage Account # 11 | | | | | | | | | |
| 17. - American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 19. - American Funds: Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 20. - American Funds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 21. Brokerage Account # 13 | | | | | | | | | |
| 22. - American Funds Growth-Income Separate Account | | None | L | T | Part Sell | 9/9 | J | A | |
| 23. - American Funds Growth Separate Account | | None | L | T | Part Sell | 9/9 | J | A | |
| 24. - T. Rowe Price Large Cap Growth Portfolio Separate Account | | None | L | T | Part Sell | 9/9 | J | A | |
| 25. - MFS Value Portfolio Separate Account (See note) | | None | L | T | Part Sell | 9/9 | J | A | |
| 26. - Russell 2000 Index Portfolio Separate Account | | None | L | T | Part Sell | 9/9 | J | A | |
| 27. - Julius Baer Int'l Stock Portfolio Sep. Acct (See note) | | None | M | T | Part Sell | 9/9 | J | A | |
| 28. Brokerage Account # 14 | | | | | | | | | |
| 29. - Clarion Global Real Estate Portfolio Sep. Acct (See note) | | None | K | T | | | | | |
| 30. - MetLife Stock Index Portfolio Separate Account | | None | L | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 25, MFS Value Portfolio was previously know as and changed its name from Harris Oakmark Large Cap Value
Part VII, line 27, Julius Baer International Stock Portfolio was previously known as and changed its name from FI International Stock Portfolio
Part VII, line 29, Clarion Global Real Estate Portfolio was previously known as and changed its name from Neuberger Berman Real Estate Portfolio

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544